■ ZAKIA RECORDS, a Division of CHAME ENTERPRISES, INC., et al., Appellants-Respondents, v MCA RECORDS, a Division of MCA, INC., Respondent-Appellant, and ERIC BARRIER, Also Known as ERIC B, et al., Respondents.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on June 18, 1991, unanimously affirmed for the reasons stated by Greenfield, J., with costs and disbursements payable to defendant-respondent-appellant. No opinion. Concur—Carro, J. P., Milonas, Ellerin and Asch, JJ.